No. 91–5496.  PULLOCK *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–5497.  POULNOTT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5498.  JOHNSON *v.* COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 91–5499.  ASAY *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–5500.  KEITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5504.  WASHINGTON *v.* LAWS.  Ct. App. Ga.  Certiorari denied.

No. 91–5506.  LEE *v.* McCAUGHTRY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 91–5511.  MORRIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5512.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5513.  GRAY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5517.  PORTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5525.  DAVIS *v.* FULCOMER, DEPUTY COMMISSIONER, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–5527.  NELSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–5528.  REEVES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5529.  CARTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.